```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------
JOSE ROMERO,

                        Plaintiff,           13 Civ. 1437 (JGK)

          - against -                        MEMORANDUM OPINION AND
                                             ORDER
MONA'S PIZZA, INC. ET AL.,

                        Defendants.
------------------------------------------------
```

**JOHN G. KOELTL, District Judge:**

It having been reported to this Court that het parties have settled this action, the parties are directed to submit the details of the settlement to the Court together with an explanation of the reasonableness of the settlement by **August 2, 2013.** See Medley v. Am. Cancer Soc'y, No. 10 Civ. 3214, 2010 WL 3000028, at *1 (S.D.N.Y. July 23, 2010).

**SO ORDERED.**

**Dated:    New York, New York**
**          July 26, 2013**

                                    _____/s_____
                                         John G. Koeltl
                                    United States District Judge